IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEANNA E. NEAL : CIVIL ACTION
:
v. :
:
CAROLYN W. COLVIN, :
   Acting Commissioner of Social Security : NO. 15-4161

## ORDER

AND NOW, this _____ day of _April_ 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Defendant's response thereto, as well as the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 8, is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
C. DARNELL JONES, II, J.